Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile: (310) 836-6010
service@braunlawgroup.com
*Interim Liaison Counsel*

\*Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE INDYMAC ERISA LITIGATION | **Master File No.:** 08-04579 DDP(VBKx) <br><br> **CLASS ACTION** <br><br> NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS LYLE E. GRAMLEY, PATRICK C. HADEN, TERRANCE G. HODEL, ROBERT L. HUNT, LYDIA H. KENNARD, AND BRUCE G. WILLISON <br><br> **BEFORE THE HONORABLE DEAN D. PREGERSON** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sam Zhong Wang and Jeffrey Washington voluntarily dismiss without prejudice Lyle E. Gramley, Patrick C. Haden, Terrance G. Hodel, Robert L. Hunt, Lydia H. Kennard, and Bruce G. Willison (collectively, "Non-MD&C Committee Director Defendants") as defendants in the consolidated action, *In re IndyMac ERISA Litigation*, No. 08-04579.

1  The Non-MD&C Committee Director Defendants have not filed answers to
2  Plaintiffs' Consolidated Complaint for Breaches of Fiduciary Duty under the
3  Employee Retirement Income Security Act or a motion for summary judgment.
4  DATED this 24th day of March, 2009.

s/ Sarah H. Kimberly_____
Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Derek W. Loeser
dloeser@kellerrohrback.com
Erin M. Riley
eriley@kellerrohrback.com
Sarah H. Kimberly
skimberly@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

Jeffrey G Lewis
jlewis@lewisfeinberg.com
Margaret E. Hasselman
mhasselman@lewisfeinberg.com
James P. Keenley
jkeenley@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
***Interim Co-Lead Counsel***

Michael D. Braun (167416)
BRAUN LAW GROUP, P.C.
10680 West Pico Boulevard, Suite 280
Los Angeles, CA  90064
Telephone:  (310) 836-6000
Facsimile: (310) 836-6010
service@braunlawgroup.com
***Interim Liaison Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2009, a true and correct copy of NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS LYLE E. GRAMLEY, PATRICK C. HADEN, TERRANCE G. HODEL, ROBERT L. HUNT, LYDIA H. KENNARD, AND BRUCE G. WILLISON was served upon counsel of record via email and U.S. Mail postage prepaid.

> John W. Spiegel, Lawrence C. Barth, and Hailyn J. Chen
> MUNGER, TOLLES & OLSON LLP
> 355 South Grand Avenue, Thirty-Fifth Floor
> Los Angeles, CA 90071-1560
>
> Tammy Albarran and Kelly P. Finley
> Covington & Burling LLP
> One Front Street
> San Francisco, CA 94111
>
> Jeffrey G. Huvelle, and Christian J. Pistilli,
> Covington & Burling LLP
> 1201 Pennsylvania Avenue NW
> Washington, DC 20004-2401
>
> Gregory S. Bruch, Julie A. Smith, and Jessica L. Matelis
> Willkie Farr & Gallagher LLP
> 1875 K Street, N.W.
> Washington, D.C. 20006-1238
>
> Robert L. Corbin
> Michael W. Fitzgerald
> Joel M. Athey
> CORBIN, FITZGERALD & ATHEY LLP
> 601 West Fifth Street, Suite 1150
> Los Angeles, CA 90071-2024

DATED this 24th day of March, 2009.

> s/ Sarah H. Kimberly_____
> KELLER ROHRBACK L.L.P.
> 1201 3rd Avenue, Suite 3200
> Seattle, WA 98101
> Tel: (206) 623-1900
> Fax: (206) 623-3384