## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-04579 DDP (VBKx) | Date | June 28, 2010 |
| Title | IN RE: INDYMAC ERISA LITIGATION -V- | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Derek W. Loeser | Joel M. Athey |
| Sarah H. Kimberly | Kathleen M. McDowell |
| Michael D. Braun | Christian J. Pistilli |
| James P. Keenley | |

Proceedings:

MOTION FOR SETTLEMENT APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT , PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN AND TIME FOR FAIRNESS HEARING FILED BY INTERIM LEAD PLAINTIFFS SAM ZHONG WANG, JEFFREY WASHINGTON (FILED ON 06-02-10 / DOCKET NUMBER 105)

Court hears oral argument and DENIES the motion.

|  | 0 0 | : | 15 |
|---|---|---|---|
| | Initials of Preparer | | JAC |